FILED

APR 1 3 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
vs.                                )          **4:22CR00211 MTS/SPM**
                                   )
ALYSSA A. WILSON,                  )
                                   )
            Defendant.             )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about December 14, 2021 in Jefferson County, within the Eastern District of Missouri,

**ALYSSA A. WILSON,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney